# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

Tampa Division

| | |
|---|---|
| Daniel Jean Charles | Case No. 8:26-CV-00033-TPB-CPT |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ✔ Yes ☐ No |
| -v- | |
| Linebarger Goggan Blair & Sampson, LLP | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Daniel Jean Charles™ |
   | Street Address | Executor-at-Post 1645 Sun City Central Plz, Unit 6003 |
   | City and County | Sun City Center |
   | State and Zip Code | FL 33571 |
   | Telephone Number | 786-359-2035 |
   | E-mail Address | El.yeshua@icloud.com |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.



Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

Defendant No. 1
    Name: Linebarger Goggan Blair & Sampson, LLP
    Job or Title (if known): Debt Collection Law Firm / Furnisher of Consumer Information
    Street Address: 5801 Soundview Drive NW, Suite 50B
    City and County: Gig Harbor, Pierce County
    State and Zip Code: Washington 98335
    Telephone Number:
    E-mail Address (if known):

Defendant No. 2
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 3
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

Defendant No. 4
    Name:
    Job or Title (if known):
    Street Address:
    City and County:
    State and Zip Code:
    Telephone Number:
    E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

This action arises under the laws of the United States, including the Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq., and the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 et seq. Jurisdiction is proper under 28 U.S.C. § 1331.

Venue is proper under 28 U.S.C. § 1391(b) because a substantial part of the events occurred in this District.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____.

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

      b.    If the defendant is a corporation

          The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

          Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

  3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

---

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Defendant Linebarger Goggan Blair & Sampson, LLP furnished or transmitted consumer information concerning Plaintiff to third parties, including a state motor vehicle agency.

2. Defendant used the name "Daniel Jean Charles" in connection with the furnishing or transmission of consumer information without providing proof of authorization, validation, or a lawful permissible purpose.

---

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff requests the following relief:

a. Statutory damages as allowed by law;
b. Actual damages resulting from Defendant's conduct;
c. Punitive damages for willful noncompliance;
d. An order requiring Defendant to correct or delete all improperly furnished information;
e. Costs of this action and any other relief the Court deems just and proper.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.  For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 01/06/2026

Signature of Plaintiff  *[signature]*
Printed Name of Plaintiff  Daniel Jean Charles™

### B.  For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address

## III. Statement of Claim

3. Defendant failed to demonstrate any permissible purpose under 15 U.S.C. § 1681b for the use, reporting, or transmission of Plaintiff's consumer information.

4. As a result of Defendant's furnishing of disputed and unverified information, Plaintiff suffered adverse governmental action, including the suspension or threat of suspension of Plaintiff's driver's license.

5. Plaintiff timely disputed the accuracy, authorization, and legal basis of the information furnished by Defendant and requested validation and investigation.

6. After receiving notice of dispute, Defendant failed to conduct a reasonable investigation and failed to correct or delete the disputed information, in violation of 15 U.S.C. §§ 1681e(b) and 1681s-2(a).

7. Plaintiff further requested a complete accounting of the alleged obligation, including disclosure of any CUSIP number if the obligation was assigned, monetized, or securitized, and disclosure of any IRS Form 1099-A or 1099-C associated with Case No. 2023TR025148AO.

8. Defendant failed or refused to provide the requested accounting, disclosures, or documentation, and the disputed information remains uncorrected.

Validation
authorization
lawful basis
CUSIP
1099-A / 1099-C

9. Defendant's failures occurred after notice and dispute and were willful or negligent, causing Plaintiff actual damages, statutory damages, and continuing harm.