**The UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANIEL JEAN CHARLES,

Plaintiff,

v. Case No. 8:26-cv-33-TPB-CPT

LINEBARGER GOGGAN
BLAIR & SAMPSON, LLP,

Defendant.
_______________________________________/

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on consideration of the report and recommendation of Christopher P. Tuite, United States Magistrate Judge, entered on August 8, 2026. (Doc. 8). Judge Tuite recommends that Plaintiff's motion to proceed without costs (Doc. 2) be denied without prejudice, and that his complaint (Doc. 1) be dismissed with leave to amend within thirty days of this Order. Judge Tuite further recommends that Plaintiff be directed to include all of his and his spouse's financial information in any amended motion to proceed without costs, to sufficiently plead one or more cognizable causes of action over which the Court has jurisdiction in any amended complaint, and to follow all pleading requirements set forth in the Federal Rules of Civil Procedure. No party has objected, and the time to object has expired.

After conducting a careful and complete review of the findings and recommendations, a district judge may accept, reject, or modify the

magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1); *Camby v. Davis*, 718 F.2d 198, 199 (4th Cir. 1983); *Williams v. Wainwright*, 681 F.2d 732 (11th Cir. 1982). A district court must "make a de novo determination of those portions of the [report and recommendation] to which an objection is made." 28 U.S.C. § 636(b)(1)(C). When no objection is filed, a court reviews the report and recommendation for clear error. *Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006); *Nettles v. Wainwright*, 677 F.2d 404, 409 (5th Cir. 1982).

Upon due consideration of the record, including Judge Tuite's well-reasoned report and recommendation, the Court adopts the report and recommendation in full. Consequently, the complaint is dismissed without prejudice, with leave to amend. The motion to proceed without costs is denied without prejudice, with leave to file a new motion along with the amended complaint.

Accordingly, it is

**ORDERED, ADJUDGED,** and **DECREED:**

(1) The report and recommendation (Doc. 8) is **AFFIRMED** and **ADOPTED** and **INCORPORATED BY REFERENCE** into this Order for all purposes, including appellate review.

(2) Plaintiff's motion to proceed without costs (Doc. 2) is **DENIED WITHOUT PREJUDICE**.

(3) Plaintiff's complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE**, with leave to amend. On or before September 28, 2026, Plaintiff is directed to file an amended complaint to cure the defects identified by the report and

recommendation, along with a new motion to proceed without costs.

(4) Plaintiff is directed to include all of his and his spouse's financial information in any amended motion to proceed without costs.

(5) Plaintiff is further directed to sufficiently plead one or more cognizable causes of action over which the Court has jurisdiction in any amended complaint and to follow all pleading requirements set forth in the Federal Rules of Civil Procedure.

(6) Failure to file an amended complaint as directed will result in this Order becoming a final judgment.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 28th day of August, 2026.

TOM BARBER
UNITED STATES DISTRICT JUDGE